JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAS HOSTETTER, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARNES & NOBLE BOOKSELLERS, INC.; et al.,<br><br>    Defendants.<br>_____ | CASE NO.: CV 09-1572-VBF (SSx)<br><br>Judge Hon. Valerie Baker Fairbank<br><br>[PROPOSED] ORDER DISMISSING CASE |

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement agreement reached by the parties, the above-captioned action is hereby DISMISSED with prejudice. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: July 29, 2010

*Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE